1052

[No. 56154-5-I.   Division One.   January 29, 2007.]

VIC BALLY, *Respondent*, v. OCEAN TRANSPORTATION SERVICES, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-38192-6, Helen Halpert, J., entered May 2, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Schindler, JJ.

[No. 56198-7-I.   Division One.   January 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SILAS JESS ROBBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00732-2, Michael E. Rickert, J., entered March 31, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 56290-1-I; 56921-0-I.   Division One.   January 29, 2007.]

ESA MANAGEMENT, LLC, ET AL., *Plaintiffs*, v. EXXEL PACIFIC, INC., ET AL., *Appellant*, ACCESS SERVICES, INC., *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 03-2-05313-7, Thomas J. Wynne, J., entered August 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56898-1-I.   Division One.   January 29, 2007.]

*In the Matter of the Marriage of* ROMELLE M. LOWRY, *Appellant*, and BRUCE W. LOWRY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-01230-2, Jeffrey M. Ramsdell, J., entered August 24, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.